UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DUANE DOUGLAS CRONISER,       )
                              )
            Appellant,         )
v.                            )     **JUDGMENT**
                              )
                              )     No. 5:20-CV-654-FL
                              )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 9, 2022, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on February 9, 2022, and Copies To:**

Travis Philip Sasser (via CM/ECF Notice of Electronic Filing)
Stephen Troy Staley (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| February 9, 2022 | PETER A. MOORE, JR. CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |